### PAT O'CONNOR v. STATE.
No. A-2732.   Opinion Filed June 7, 1924.
(226 Pac. 1118.)

Appeal from County Court, Marshall County; Isaac C. Lewis, Judge.

Pat O'Connor was convicted of a violation of the state labor laws, and he appeals. Appeal dismissed.

Geo. L. Sneed and Chas. C. Smith, for plaintiff in error.

The Attorney General and Baxter Taylor, Asst. Atty. Gen., for the State.

PER CURIAM. This was a conviction for a violation of the labor laws of this state in a case wherein the appellant was found guilty as charged, and his punishment assessed at a fine of $250. Upon request of the appellant, and by stipulation of parties, application is made to dismiss the appeal. The application is granted, and the appeal dismissed.